# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

HASSAN LATIF KHAALID,              )
                                   )
    Petitioner,                    )
                                   )
                                   )    No. 4:13CV01798 ERW
                                   )
MICHAEL BOWERSOX,                  )
                                   )
    Respondent,                    )

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Petitioner has submitted a complaint. However, petitioner has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. As a result, the Court will order petitioner to either pay the $350 filing fee or submit a motion to proceed in forma pauperis within thirty days of the date of this Order. Additionally, if petitioner files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner shall either pay the $350 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison

account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail petitioner a copy of the Court's form motion to proceed in forma pauperis - prisoner cases.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

So Ordered this 17th day of September, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE